# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1740
Lower Tribunal No. 19-35873
_____

**State Farm Florida Insurance Company,**
Petitioner,

vs.

**Vincent Mancusi, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Law Office of Ubaldo J. Perez, Jr., and Ubaldo J. Perez, Jr. and Noah Nite; Link & Rockenbach, PA, and Kara Rockenbach Link and David A. Noel (West Palm Beach), for petitioner.

Katranis, Wald & Garner, PLLC, and Thomas A. Katranis (Fort Lauderdale), for respondents.

Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

This appeal is dismissed for lack of jurisdiction because it untimely attempts to seek review of an order denying a motion to vacate a prior interlocutory order. A motion to reconsider an interlocutory order, while within the inherent power of the trial court, is not formally authorized and does not toll or revive the 30-day time limit for petitioning for certiorari. Caufield v. Cantele, 837 So. 2d 371, 376 n.3 (Fla. 2002) ("Only authorized motions for rehearing will delay the rendition of the trial court's order, and, in turn, toll the time for filing a petition for certiorari. Because motions for rehearing are not authorized as to nonfinal orders, they can not delay the rendering of a nonfinal order. Consequently, a motion for rehearing of a nonfinal order will not toll the time for filing a petition for certiorari." (citations omitted)); Weiss v. Utzet, 147 So. 3d 1007, 1007 (Fla. 3d DCA 2014) (same).

Petition dismissed.